UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kamaria Watts,

                Plaintiff(s),

v.                                            Case No. 2:15−cv−13418−GER−RSW
                                                Hon. Gerald E. Rosen

Canadian National Railway
Company, et al.,

                Defendant(s),

## NOTICE TO APPEAR

    You are hereby notified to appear before District Judge Gerald E. Rosen at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 707, Detroit, Michigan, for the following proceeding(s):

- SCHEDULING CONFERENCE:  February 16, 2016 at 10:00 AM

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/J. Owens
                                                          Case Manager

Dated:  January 8, 2016