# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

KAMARIA WATTS,

      Plaintiff,

vs.

CANADIAN NATIONAL RAILWAY CO., and GRAND TRUNK WESTERN RAILROAD CO.,

      Defendants.

CASE NO. 2:15-CV-13418

HON. GERALD E. ROSEN

MAG. R. STEVEN WHALEN

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between Plaintiff Kamaria Watts and Defendants Canadian National Railway Co. and Grand Trunk Western Railroad Co., who appear by signature of their counsel of record below, that the Court may enter an Order dismissing this case with prejudice and without costs or attorney fees to any of the parties.

Based on the parties' stipulation, **IT IS HEREBY ORDERED** that the above-entitled cause be, and hereby is, **DISMISSED WITH PREJUDICE** and without costs or attorney fees to any of the parties.

    Dated:  March 10, 2016            s/Gerald E. Rosen
                                                         U.S. District Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order of Dismissal With Prejudice.

| | |
|---|---|
| NICHOLS KASTER, PLLP | DURKIN J. McDONNELL, P.C. |
| /s/ Nicholas D. Thompson (w/ consent) | /s/ Joseph J. McDonnell (w/consent) |
| David E. Schlesinger (MD BAR # 389609)<br>Nicholas D. Thompson (MD BAR # 387009)<br>4600 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>Telephone:  (612) 256-3200<br>Facsimile:   (612) 338-4878<br>kaster@nka.com<br>nthompson@nka.com | Joseph J. McDonnell (P32056)<br>645 Griswold, Suite 3253<br>Detroit, Michigan  48226<br>Telephone:  (313) 963-3033<br>Facsimile:   (313) 963-3011<br>jmcdonnell@durkmcdonnell.com<br><br>*Attorneys for Canadian National Railway Company*<br><br>LITTLER MENDELSON P.C.<br><br>/s/ Susan Fitzke<br>Susan Fitzke (MN BAR # 294032)<br>1300 IDS Center<br>80 South 8th Street<br>Minneapolis, MN  55402.2136<br>SFitzke@littler.com<br><br>*Attorneys for Defendant Grand Trunk Western Railroad Co* |
| Dated:  March 10, 2016 | Dated:  March 10, 2016 |

Firmwide:138588315.1 077074.1005